# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-2722

———————

Jeffrey S. Gundersen,        *
                                    *

        Appellant,       *

                                    *   Appeal from the United States

       v.                *   District Court for the

                                    *   District of Minnesota.

W. I. LeBlanc, Warden, FMC-   *
Rochester,                    *   [UNPUBLISHED]

                                    *

        Appellee.       *

———————

Submitted: July 17, 2007
Filed:  July 20, 2007

———————

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Federal inmate Jeffrey Gundersen appeals the district court's[1] order dismissing his 28 U.S.C. § 2241 petition. Having carefully reviewed the record, we agree with the district court that the record did not support a due process violation arising from the disciplinary proceedings at issue. See Superintendent v. Hill, 472 U.S. 445, 454-57 (1985) (describing process required when prison disciplinary hearing may result

———————

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

in loss of good-conduct time); <u>Hill v. Morrison</u>, 349 F.3d 1089, 1091 (8th Cir. 2003) (de novo standard of review for dismissal of § 2241 petition).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____